# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0460. LORENZO SHELTON v. THE STATE.**

Lorenzo Shelton pleaded guilty to kidnapping, aggravated assault, and false imprisonment in February 2007. Shelton filed a motion to vacate void conviction, which the trial court denied on March 7, 2019. Shelton filed an application for discretionary review of the trial court's order on April 23, 2019. We, however, lack jurisdiction for two reasons.

First, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Shelton's application is untimely because it was filed 47 days after the entry of the order he seeks to appeal.

Second, even if Shelton's application was timely, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case[,]" and any appeal from an order denying such a motion must be dismissed. *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).

Consequently, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  05/16/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*